DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BERNARD SIROKMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-213 (LKK) |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS HEARING |
| ) | |
| BERNARD SIROKMAN ) | |
| ) | |
| CHRISTIAN CROWLEY ) | |
| ) | |
| TINA CROWLEY, ) | |
| ) | |
| Defendants. ) | |

_____

This case is currently scheduled for a status hearing on June 19, 2007. The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and further investigation of the case.

All parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for June 19, 2007, be continued until July 3, 2007. In addition, the parties stipulate that the time period from June 19, 2007, to July 3, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 18, 2007

1

Respectfully submitted,

McGREGOR W. SCOTT                               DANIEL BRODERICK
United States Attorney                          Federal Defender


 /s/Lexi Negin for Michael Beckwith                  /s/ Lexi Negin
MICHAEL BECKWITH                                LEXI NEGIN
Special Assistant U.S. Attorney                 Assistant Federal Defender
Attorney for United States                      Attorney for Bernard Sirokman


/s/ Lexi Negin for Tim Warriner                 /s/Lexi Negin for Emmett Mahle
TIM WARRINER                                    EMMETT MAHLE
Attorney for Christian Crowley                  Attorney for Tina Crowley

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-213 (LKK) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| ) | |
| BERNARD SIROKMAN ) | |
| ) | |
| CHRISTIAN CROWLEY ) | |
| ) | |
| TINA CROWLEY, ) | |
| ) | |
| Defendants. ) | |

For the reasons set forth in the stipulation of the parties, filed on June 18, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for June 19, 2007, be continued until Tuesday, July 3, 2007, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 18, 2007 stipulation, the time under the Speedy Trial Act is excluded from June 19, 2007, through July 3, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: June 18, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2