McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-07-213 LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| BERNARD SIROKMAN, et. al, ) | |
| ) | |
| Defendants. ) | |

This matter came before the Court for a change of plea as to all defendants on July 3, 2007, at 9:30 a.m.  Assistant U.S. Attorney Michael Beckwith represented the United States, Caro Marks made a special appearance for Lexi Negin on behalf of Bernard Sirokman, Timothy Warriner appeared on behalf of Christian Crowley, and C. Emmet Mahle appeared on behalf of Tina Crowley.  All defendant's were present in court and out of custody.

One of the defendant's was not prepared to enter a plea on that day.  The parties now anticipate a change of plea on as to all defendants on August 14, 2007, and asked for the time between July 3, 2007, and August 14, 2007, to review and consider their

1  agreements and make appropriate arrangements.  Mr. Warriner also
2  indicated that he would like more time to investigate his
3  client's criminal record and how it may effect sentencing in this
4  case.
5      Based upon the party's representations, the Court set a
6  status conference and possible change of plea hearing for August
7  14, 2007, at 9:30 a.m.  The Court ordered that time be excluded
8  time under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4
9  (reasonable time to prepare) as to defendant Christian Crowley,
10 and that time be excluded as to the other two defendants under 18
11 U.S.C. § 3161(h)(7); Local Code R (reasonable periods of delay in
12 cases with unsevered defendants).  The Court directed government
13 counsel to prepare a formal order.
14     **IT IS HEREBY ORDERED**:
15     1.   A status conference and possible change of plea hearing
16 is set for August 14, 2007, at 9:30 a.m., for all defendants.
17     2.   Based on the party's representations, the Court finds
18 that the ends of justice outweigh the best interest of the public
19 and defendants in a speedy trial.  Accordingly, time under the
20 Speedy Trial Act shall be excluded through August 14, 2007.
21
22     IT IS SO ORDERED
23
24
25 Date: July 23, 2007
26                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
27                                  UNITED STATES DISTRICT COURT
28