C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
TINA CROWLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  Cr S:07-213 LKK |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| BERNARD SIROKMAN, CHRISTIAN CROWLEY, TINA CROWLEY. | |
| Defendants. | |

STIPULATION

This matter was scheduled for Judgment and Sentencing on October 23, 2007, at 9:30 a.m., in the courtroom of the Honorable Lawrence K. Karlton. I have contacted counsel for the United States, AUSA Michael Beckwith, and all other defense counsel, and they have agreed, subject to the court's approval, to continue this matter until November 6, 2007, at 9:30 a.m.  We are requesting the continuance for further preparation for sentencing.

//

//

- 1

All parties hereby agree and stipulate to a continuance of the Judgment and Sentencing that was scheduled for October 23, 2007, at 9:30 a.m., to November 6, 2007, at 9:30 a.m., in the courtroom of the Honorable Lawrence K. Karlton. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED: 10/18/07                /s/ C. EMMETT MAHLE
                               C. EMMETT MAHLE
                               Attorney for Defendant
                               TINA CROWLEY

DATED: 10/18/07                /s/ LEXI NEGIN
                               LEXI NEGIN
                               Attorney for Defendant
                               BERNARD SIROKMAN

DATED: 10/18/07                /s/ TIM WARRINER
                               TIM WARRINER
                               Attorney for Defendant
                               CHRISTIAN CROWLEY

DATED: 10/18/07                /s/ C. EMMETT MAHLE for
                               MICHAEL BECKWITH
                               Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Judgment and Sentencing that was scheduled for October 23, 2007, at 9:30 a.m. is hereby continued to November 6, 2007, at 9:30 a.m., in the courtroom of the Honorable Lawrence K. Karlton.  Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: October 19, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT